No. 75–892. WINSLOW ET AL. *v.* ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 75–895. CONTROLLED SANITATION CORP. *v.* DISTRICT 128, INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, AFL–CIO, ET AL. C. A. 3d Cir. Certiorari denied.

No. 75–900. MINNESOTA GAS CO. *v.* PUBLIC SERVICE COMMISSION, DEPARTMENT OF PUBLIC SERVICE OF MINNESOTA, ET AL. C. A. 8th Cir. Certiorari denied.

No. 75–907. BRAMBLETT *v.* LEE. Ct. App. Ind. Certiorari denied.

No. 75–918. ATCHLEY *v.* GREENHILL, CHIEF JUSTICE, SUPREME COURT OF TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 75–931. BROOKSHIRE BROS., INC., ET AL. *v.* SMITH ET AL. C. A. 5th Cir. Certiorari denied.

No. 75–935. MANHATTAN CONSTRUCTION CO. *v.* McDOWELL-PURCELL, INC. C. A. 5th Cir. Certiorari denied.

No. 75–936. FRANKOVIGLIA *v.* CAMP ET AL. C. A. 8th Cir. Certiorari denied.

No. 75–937. WILLMAR POULTRY CO. ET AL. *v.* MORTON-NORWICH PRODUCTS, INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 75–938. HIGHTOWER *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied.